**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                                      **CASE NO: 6:24-mj-2074-EJK**

**JONATHAN MICHAEL ROBARGE**

**FINDINGS AND ORDER ON REMOVAL PROCEEDINGS**
**PURSUANT TO RULE 5(C), FED.R.CRIM.P.**

Jonathan Michael Robarge, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Western District of North Carolina was held on October 8, 2024.

Based on the defendant's waiver of identity hearing, I find that JONATHAN MICHAEL ROBARGE is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that JONATHAN MICHAEL ROBARGE be held to answer in the district court in which the prosecution is pending.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 17, 2024.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record